

(Official Form B1, P1, 12-03)

**Blumberg** Excelsior, Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT Eastern DISTRICT OF New York

**Voluntary Pe**

| Name of Debtor (If individual, enter Last, First, Middle):<br>Reed, Lewis | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names):<br>Lewis Reed | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No. (If more than one, state all): 5362 | Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip):<br>708 Flint Street<br>Greenport, NY 11944 | Street Address of Joint Debtor (No. and Street, City, State, Zi |
| County of Residence or of the Principal Place of Business:<br>Suffolk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street addre |

Location of Principal Assets of Business Debtor (If different from addresses listed above)

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue: (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediatel the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
☒ Individual(s)        ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other

**Chapter or Section of Bankruptcy Code Under Wh the Petition is Filed** (Check one box)
☐ Chapter 7     ☐ Chapter 11     ☒ Chapter
☐ Chapter 9     ☐ Chapter 12
☐ Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☒ Consumer/Non-business        ☐ Business

**Filing Fee** (Check one box)
☒ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to indivi Must attach signed application for the court's consideration

**Chapter 11, Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a smal 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estim
☐ Debtor estimates that funds will be availabl
☒ Debtor estimates that, after any exempt prop be no funds available for distribution to uns

**Estimated Number of Creditors**
1-15    16-49    50-99
☒       ☐        ☐

**Estimated Assets** (Check one box)
$0 to         $50,001 to    $100,001 to    $500,00
$50,000       $100,000      $500,000       $1 milli
☐             ☒             ☒              ☐

**Estimated Debts** (Check one box)
$0 to         $50,001 to    $100,001 to    $500,001
$50,000       $100,000      $500,000       $1 milli

---

UNITED STATES BANKRUPTCY COURT
Eastern District of New York

Case # 04-87712 CIML          Chapter 13          # 000210531 - AE
Filed: 04:29 PM, 12/08/04     Central Islip       04:34 PM, December 08

Judge: Melanie L. Cyganowski
Trustee: Marianne DeRosa
Debtor(s):
  Lewis Reed

**First Meeting of Creditors**
09:00 AM, January 11, 2005
Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 563
Central Islip, NY 11722-4437

Code    Qty
13      1

**TOTAL PAI**
From:  Lewis Reed
708 Flint Street
Greenport, NY 11944-0000
1x100  4x20  14x1



BlumbergExcelsior, Publisher, NYC 10013

Official Form B1 P2, 12-03

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Lewis Reed

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: none | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional)

| Name of Debtor: none | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Lewis Reed*
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
Date:

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number
Date:

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**EXHIBIT C**
Does the debtor own or have possession of any property that [is] alleged to pose a threat of imminent and identifiable harm to [public] health or safety?

☐ Yes, and Exhibit C is attached and made a part of this pe[tition]
☒ No

**Signature(s) of Debtor (Corporation/Partnersh[ip])**

I declare under penalty of perjury that the information provide[d in this] petition is true and correct, and that I have been authorized to [file this] petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of ti[tle 11,] United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petit[ion]
Date:

**Signature of Non-Attorney Petition Prepa[rer]**

I certify that I am a bankruptcy petition preparer as defined [in] §110, that I prepared this document for compensation, and th[at I have] provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. 110(c))

Address

_____

Names and Social Security numbers of all other Individual[s who] prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate off[icial form for] each person.

X _____
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the pr[ovisions of] title 11 and the Federal Rules of Bankruptcy Procedure may [result in] fines or imprisonment or both. 11U.S.C. § 110; 18 U.S.C. §1[56.]



Form B6 A W (12-98)

BlumbergExcelsior, Publisher, NYC 10013

In re: Reed, Lewis

Debtor(s)   Case No.

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT SECURED |
|---|---|---|---|---|
| real property located at 708 Flint Street Greenport NY | fee simple, tenant by the entirety | H | 250,000.00 | 175,0 |
| | | | $250,000.00 | |

Total ->

(Report also on

 Form B6 D W (12/03)

Blumberg Excelsior, Publisher, NYC 10013

In re: Reed, Lewis

Debtor(s)    Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| A/C # 0403795 Beneficial Homeowners 4 East Suffolk Avenue Central Islip, NY 11722 | | | VALUE $ 250,000.00<br>1st mortgage on home | 123,000.00 | |
| A/C # Beneficial Homeowners 4 East Suffolk Avenue Central Islip, NY 11722 | | | VALUE $ 250,000.00<br>2nd mortgage of home | 53,000.00 | |
| A/C # | | | VALUE $ | | |
| A/C # | | | VALUE $ | | |
| A/C # | | | VALUE $ | | |
| A/C # | | | VALUE $ | | |
| A/C # | | | VALUE $ | | |

Subtotal -> (Total of this page)    **176,000.00**

Total -> **176,000.00**

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.    (Report total also on Summary of Schedules)



Form B6 Cont. W (12-03)

BlumbergExcelsior, Publisher, NYC 10013

In re: Lewis Reed

Debtor(s)   Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date

Date 12/8/04

Signature *Lewis Reed*
Lewis Reed
Signature _____
(Joint Debtor)

(if joint case, both spouses must sign.)

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number
(Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date

Signature _____

(Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.



BlumbergExcelsior, Publisher, NYC 10013

3092 - Verification of Creditor Matrix. 12/95

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: Lewis Reed

Case No.
Debtor(s)
Chapter

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated: 12/8/04

Debtor _Lewis Reed_
Lewis Reed

Debtor _____

Beneficial Homeowners
4 East Suffolk Avenue
Central Islip, NY 11722

Beneficial Homeowners
4 East Suffolk Avenue
Central Islip, NY 11722

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): Lewis Reed          CASE NUMBER:

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR1073-2 If the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11U.S.C. section 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11U.S.C. section 541(a).]

[X] NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

[ ] THE FOLLOWING RELATED CASES(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:        JUDGE:        DISTRICT/DIVISION:

CASE STILL PENDING? (Y/N)        [*If closed*], state: Date of Closing:

CURRENT STATUS OF RELATED CASE: (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:        JUDGE:        DISTRICT/DIVISION:

CASE STILL PENDING? (Y/N)        [*If closed*], state: Date of Closing:

CURRENT STATUS OF RELATED CASE: (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

3. CASE NO.:         JUDGE:         DISTRICT/DIVISION:

CASE STILL PENDING? (Y/N)     [*If closed*], state:  Date of Closing:

CURRENT STATUS OF RELATED CASE: (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

NOTE: Pursuant to 11 USC sec. 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY AS APPLICABLE:

I am [X] am not [] admitted to practice in the Eastern District of New York

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):
I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____          _____
Signature of Debtor's Attorney           Signature of Pro Se Debtor/Petitioner

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
: Re

              Case No.

              Chapter

        Debtor(s)
------------------------------X

## NOTICE TO PRO-SE DEBTORS

   IF YOU ARE FILING A PETITION IN BANKRUPTCY WITHOUT AN ATTORNEY REPRESENTING
PLEASE COMPLETE THE FOLLOWING:

Debtor(s) Name: Lewis Reed

Address: 708 Flint Street Greenport NY 11944

Telephone No. (631) 477-3867

PLEASE CHECK THE APPROPRIATE BOXES:

[X] PAID FILING FEE IN FULL

[ ] APPLIED FOR INSTALLMENT PAYMENTS

[ ] APPLIED FOR IFP

[ ] PREVIOUS FILINGS
  List case numbers: 1._____ 2._____ 3._____

[ ] NOT ASSISTED IN PREPARATION/FILING OF PETITION AND SCHEDULES

[ ] ASSISTED IN PREPARATION/FILING OF PETITION AND SCHEDULES
  (If this box was checked, please completed the following information)

NAME OF PERSON THAT ASSISTED Patricia D. Bell

ADDRESS 420 Carpenter Street Apt B

TELEPHONE (631) 918-1001

AMOUNT PAID 198.

DATE OF PAYMENT 12/9/04

Dated:

            Lewis Reed
            Debtor's Signature

            Patricia D. Bell
            Debtor's Signature

 BlumbergExcelsior, Publisher, NYC 10013

**Case No.**

# United States Bankruptcy Court

### DISTRICT OF

**In re**

Lewis Reed

Debtor

**Chapter**

Last four digits of Soc. Sec. No/Complete EIN or other Tax
I.D. No.(If more than one, state all):

# Petition, Schedules and Statement of Financial Affairs

*Attorney(s) for Petitioner*
*Office & Post Office Address & Telephone Number*

**REFERRED TO**

_____

_____
Clerk

_____
Date

3095 - L          JULIUS BLUMBERG, INC., NYC 10013